TOMAZ MENDES REGATOS, Respondent, v NORTH FORK BANK et al., Appellants, et al., Defendant.

Submitted January 24, 2005; decided February 15, 2005

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the

Rules of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.